UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Docket No. 1:15-cv-022-NT<br>) |
| RONALD TURCOTTE d/b/a/ CAT TRAX MARINE, | )<br>)<br>) |
| Defendant | ) |

## ORDER RELEASING AND EXONERATING BOND

Upon consideration of the Plaintiff GE Commercial Distribution Finance Corporation's ("CDF's") uncontested Motion to Release and Exonerate Bond and upon the entire record in this case, it is **ORDERED** that CDF's Motion to Release and Exonerate Bond is hereby **GRANTED**.

It is therefore **ORDERED** that the Replevin Bond filed by CDF in this case is hereby **EXONERATED** and **RELEASED**.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 7th day of April, 2015.